IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

V.                                                    CIVIL ACTION NO.:1:12-CV-215-SA-DAS

BILLY MIKE GENTRY                                                            DEFENDANT

ORDER GRANTING JUDGMENT BY DEFAULT

For the reasons set forth in a Memorandum Opinion entered this day, Plaintiff's Motion for Default Judgment [8] is GRANTED. Accordingly, Judgment is hereby entered against Defendant and in favor of the United States of America in the amount of $945,250.00, this judgment shall bear interest at the rate prescribed by 28 U.S.C. § 1961 until paid in full, and Defendant shall be enjoined from operating as a dealer or market agency under the Packers and Stockyards Act, 7 U.S.C. §§ 181 et seq., and the regulations promulgated under the Act, 9 C.F.R. §§ 201.1 et seq., until Defendant increases his bond coverage to the full amount required under the regulations and re-registers with USDA as required by the Secretary's 2008 order. The United States shall personally serve Defendant with a copy of this Order and the accompanying Memorandum Opinion. Judgment having thus been entered in favor of the United States, this case is CLOSED.

SO ORDERED AND ADJUDGED, this the 30th day of December, 2013.

/s/ Sharion Aycock
United States District Judge