# Mid State Stockyards, LLP

Buyer Invoice

P. O. Box 210
Letohatchee, AL 36047-9998
Phone: 334-227-8000
www.midstatestockyards.com

Date: Jun 15, 2010   (RECAP)

Purchaser: TONY WELLS LIVESTOCK

P O BOX 54
WILMER, AR

INVOICE NO. 000000

| Buyer | Invoice | Description | Pen# | Avg lb | Wt/lb | Average Price | Amount |
|---|---|---|---|---|---|---|---|
| BM-103 | 075996 | 1 STR | 403 | 185 | 185 | 160.00C | 296.00 |
| BM-216 | 075997 | 7 STR | 413 | 659 | 4610 | 94.23C | 4,344.20 |
| BM-227 | 075998 | 4 MIX | 403 | 296 | 1185 | 119.10C | 1,411.35 |
| BM-247 | 075999 | 1 STR | 413 | 505 | 505 | 110.00C | 555.50 |
| BM211X | 076000 | 12 STR | 413 | 473 | 5675 | 51.33C | 2,913.10 |
| BM217X | 076001 | 1 HFR | 404 | 760 | 760 | 80.00C | 608.00 |
| BM225X | 076002 | 10 MIX | 412 | 291 | 2905 | 113.60C | 3,300.15 |
| BM235X | 076003 | 5 HFR | 403 | 376 | 1880 | 106.59C | 2,003.80 |
| BM241X | 076004 | 14 MIX | 412 | 434 | 6070 | 104.28C | 6,330.00 |
| BM-101 | 076006 | 2 HFR | 403 | 200 | 400 | 111.21C | 444.85 |
| BM-253 | 076048 | 2 STR | 412 | 580 | 1160 | 98.25C | 1,139.70 |
| WELLSr | 076005 | 0 | Err | | | | 233.31 |

Hd: 59  Avg-wt: 429  Wt: 25335  Avg-$: 399.66/hd  93.07/cwt  Net: $23,579.96

BUYERS COMM. 190.01   HAY   55.00


NO payment received As of 7/9/10

TOTAL EXPENSES  $245.01

**THANK YOU!**

TOTAL AMOUNT DUE  $23,579.96

WE DO NOT GUARANTEE STOCK AGAINST SICKNESS OR DEATH. WE ACT AS

**Buyer Invoice**

# Mid State Stockyards, LLP

P. O. Box 210
Letohatchee, AL 36047-9998
Phone: 334-227-8000
www.midstatestockyards.com

Date: Jun 15, 2010

Purchaser: PENNY WELLS LIVESTOCK
P O BOX 54
WILMER, AR

INVOICE NO. 075996 (BM-100)

| Pen# | Head | Desc | Tag# | Ticket | Avg Wt/lbs | | Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 403 | 1 | BWF STR | 9525 | NONE000846 | 185 | 185 | 160.00C | 296.00 |

I attest that all livestock referenced by this document and transferred are of the specified origin.

Signature: _____

| Averages: | Head | Avg-wt | Avg-$-cwt | Avg-$-hd |
|---|---|---|---|---|
| Steers | 1 | 185 | 160.00 | 296.00 |

Tot-head:   1   Avg-wt:   185   Tot-lb:   185   Avg-cost:   160.00

WE WILL BE CLOSED THE WEEK OF JUNE 28TH-NO SALE THE 29TH

Average Net: 160.02

'*' indicates manually entered weight

**THANK YOU!**

| TOTAL EXPENSES | $.00 |
| TOTAL AMOUNT DUE | $296.00 |

Buyer Invoice

# Mid State Stockyards, LLP

P. O. Box 210
Letohatchee, AL 36047-9998
Phone: 334-227-8000
www.midstatestockyards.com

Date: Jun 15, 2010

Purchaser: TONY WELLS LIVESTOCK
P O BOX 54
WILMER, AR

INVOICE NO. 075997 (BM-216)

| Pen# | Head | Desc | Tag# | Ticket | Avg Wt/lbs | | Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 413 | 1 | CHAR STR DARK CHA4 TAIL | 0400 | NONE000242 | 665 | 665 | 95.00C | 631.75 |
| 413 | 1 | BLCK STR | 8836 | NONE000098 | 680 | 680 | 99.00C | 673.20 |
| 413 | 1 | CHAR STR | 8935 | NONE000167 | 675 | 675 | 92.00C | 621.00 |
| 413 | 1 | CHAR STR BULL CALF | 8961 | NONE000296 | 650 | 650 | 90.00C | 585.00 |
| 413 | 1 | BLK STR | 9162 | NONE000334 | 665 | 665 | 95.00C | 631.75 |
| 413 | 1 | BLK STR | 9413 | NONE000768 | 675 | 675 | 90.00C | 607.50 |
| 413 | 1 | RED STR | 9575 | NONE000856 | 600 | 600 | 99.00C | 594.00 |

I attest that all livestock referenced by this document and transferred are of the specified origin.

Signature: _____

| Averages: | Head | Avg-wt | Avg-$-cwt | Avg-$-hd |
|---|---|---|---|---|
| Steers | 7 | 659 | 94.23 | 620.60 |

Tot-head: 7  Avg-wt: 659  Tot-lbs: 4610  Avg-cost: 94.23

WE WILL BE CLOSED THE WEEK OF JUNE 28TH—NO SALE THE 29TH

Average Net: 94.23

'*' indicates manually entered weight

**THANK YOU!**

WE DO NOT GUARANTEE STOCK AGAINST SICKNESS OR DEATH  WE ACT AS

| TOTAL EXPENSES | $.00 |
|---|---|
| TOTAL AMOUNT DUE | $4,344.20 |

Buyer Invoice
# Mid State Stockyards, LLP

P. O. Box 210
Letohatchee, AL 36047-9998
Phone: 334-227-8000
www.midstatestockyards.com

Date: Jun 15, 2010

Purchaser: TONY WELLS LIVESTOCK
P O BOX 54
WILMER, AR

INVOICE NO. 075998
(BM-227)

| Pen# | Head | Desc | Tag# | Ticket | Avg | Wt/lbs | Price | Amount |
|------|------|------|------|--------|-----|--------|-------|--------|
| 403 | 1 | BLCK STR | 8743 | NONE000069 | 305 | 305 | 119.00C | 362.95 |
| 403 | 1 | BL CALF | 8745 | NONE000068 | 335 | 335 | 114.00C | 381.90 |
|     | 1 | BMCH CALF | 8772 | NONE | 250* | 250 | 125.00C | 312.50 |
| 403 | 1 | BLCK STR | 8793 | NONE000078 | 295 | 295 | 120.00C | 354.00 |

I attest that all livestock referenced by this document and transferred are of the specified origin.

Signature: _____

| Averages: | Head | Avg-wt | Avg-$-cwt | Avg-$-hd |
|-----------|------|--------|-----------|----------|
| Steers | 2 | 300 | 119.49 | 358.48 |

Tot-head: 4  Avg-wt: 296  Tot-lb: 1185  Avg-cost: 119.10

WE WILL BE CLOSED THE WEEK OF JUNE 28TH—NO SALE THE 29TH

Average Net: 119.10

'*' indicates manually entered weight

TOTAL EXPENSES: 1.00
**CHARGED**

## THANK YOU!

TOTAL AMOUNT DUE: $1,411.35

WE DO NOT GUARANTEE STOCK AGAINST SICKNESS OR DEATH. WE ACT AS

Buyer Invoice

# Mid State Stockyards, LLP

P. O. Box 210
Letohatchee, AL 36047-9998
Phone: 334-227-8000
www.midstatestockyards.com

Date: Jun 15, 2010

Purchaser: TONY WELLS LIVESTOCK
P O BOX 54
WILMER, AR

INVOICE NO. 075999 (BM-247)

| Pen# | Head | Desc | Tag# | Ticket | Avg Wt/lbs | Price | Amount |
|------|------|------|------|--------|------------|-------|--------|
| 413  | 1    | RED STR | 9570 | NONE000965 | 505 | 505 110.000 | 555.50 |

I attest that all livestock referenced by this document and transferred are of the specified origin.

Signature: _____

| Averages: | Head | Avg-wt | Avg-$-cwt | Avg-$-hd |
|-----------|------|--------|-----------|----------|
| Steers    | 1    | 505    | 110.00    | 555.50   |

Tot-head: 1   Avg-wt: 505   Tot-lb: 505   Avg-cost: 110.00

WE WILL BE CLOSED THE WEEK OF JUNE 28TH-NO SALE THE 29TH

Average Net: 110.00

'*' indicates manually entered weight

**THANK YOU!**

TOTAL EXPENSES: $.00
CHARGES:
TOTAL AMOUNT DUE: $555.50

WE DO NOT GUARANTEE STOCK AGAINST SICKNESS OR DEATH. WE ACT AS

46

Buyer Invoice

# Mid State Stockyards, LLP

P. O. Box 210
Letohatchee, AL 36047-9998
Phone: 334-227-8000
www.midstatestockyards.com

Date: Jun 15, 2010

Purchaser: TONY WELLS LIVESTOCK
P O BOX 54
WILMER, AR

INVOICE NO. 076000
(BM211X)

| Pen# | Head | Desc | Tag# | Ticket | Avg Wt/lbs | | Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 413 | 1 | LH STR | 9073 | NONE000302 | 575 | 575 | 50.00C | 287.50 |
| | | RED WHITE SPOTTED | | | | | | |
| 413 | 5 | MX STR | 9342 | USA 000517 | 428 | 2140 | 48.00C | 1,027.20 |
| | | | | | | | LONG HORNS CR( |
| | | 9339 9354 9337 9342 9343 | | | | | | |
| 413 | 6 | MX STR | 9348 | USA 000518 | 493 | 2960 | 54.00C | 1,598.40 |
| | | | | | | | 9346 | |
| | | 9345 9348 | | | | | | |

I attest that all livestock referenced by this document and transferred are of the specified origin.

Signature: _____

Averages:      Head   Avg-wt   Avg-$-cwt   Avg-$-hd
Steers          12     473      51.33      242.76

Tot-head:  12  Avg-wt:  473  Tot-lb:  5675  Avg-cost:  51.33

WE WILL BE CLOSED THE WEEK OF JUNE 28TH-NO SALE THE 29TH

Average Net: 51.33

'*' indicates manually entered weight

**THANK YOU!**

| TOTAL EXPENSES | $.00 |
|---|---|
| TOTAL AMOUNT DUE | $2,913.10 |

WE DO NOT GUARANTEE STOCK AGAINST SICKNESS OR DEATH  WE ACT AS

47

Buyer Invoice

# Mid State Stockyards, LLP

P. O. Box 210
Letohatchee, AL 36047-9998
Phone: 334-227-8000
www.midstatestockyards.com

Date: Jun 15, 2010

Purchaser:
TONY WELLS LIVESTOCK
P O BOX 54
WILMER, AR

INVOICE NO. 076001
(BM217X)

| Pen# | Head | Desc | Tag# | Ticket | Avg Wt/lbs | | Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 404 | 1 | RED HFR 9588 | | NONE000857 | 760 | 760 | 80.00C | 608.00 |

I attest that all livestock referenced by this document and transferred are of the specified origin.

Signature: _____

| | Averages: | Head | Avg-wt | Avg-$-cwt | Avg-$-hd |
|---|---|---|---|---|---|
| | Heifers | 1 | 760 | 80.00 | 608.00 |

Tot-head: 1   Avg-wt: 760   Tot-lbs: 760   Avg-cost: 60.00

WE WILL BE CLOSED THE WEEK OF JUNE 28TH-NO SALE THE 29TH

Average Net: 80.00

'*' indicates manually entered weight

**THANK YOU!**

TOTAL EXPENSES   $.00
**CHARGED**
TOTAL AMOUNT DUE   $608.00

WE DO NOT GUARANTEE STOCK AGAINST SICKNESS OR DEATH. WE ACT AS

**Buyer Invoice**

# Mid State Stockyards, LLP

P. O. Box 210  
Letohatchee, AL 36047-9998  
Phone: 334-227-8000  
www.midstatestockyards.com

Date: Jun 15, 2010

Purchaser:  
TONY WELLS LIVESTOCK  
P O BOX 54  
WILMER, AR

INVOICE NO. 076002 (BM225X

| Pen# | Head | Desc | Tag# | Ticket | Avg | Wt/lbs | Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 412 | 1 | BCLK HFR | 3553 | NONE000013 | 295 | 295 | 113.00C | 333.35 |
|  |  | BRANGUS CROSSS LOST TAG |  |  |  |  |  |  |
| 412 | 1 | BCLK HFR | 8696 | NONE000042 | 300 | 300 | 114.00C | 342.00 |
| 412 | 1 | MX CALF | 8698 | NONE000028 | 315 | 315 | 114.00C | 359.10 |
| 412 | 1 | CHAR HFR | 8779 | NONE000077 | 290 | 290 | 118.00C | 342.20 |
| 412 | 1 | CHAR HFR | 8877 | NONE000104 | 285 | 285 | 110.00C | 313.50 |
| 412 | 1 | BLCK HFR | 8882 | NONE000168 | 245 | 245 | 115.00C | 281.75 |
| 412 | 1 | CHAR HFR | 8927 | NONE000165 | 305 | 305 | 113.00C | 344.65 |
| 412 | 1 | RWF HFR | 9099 | NONE000378 | 315 | 315 | 113.00C | 355.95 |
| 412 | 1 | BLK HFR | 9117 | NONE000398 | 265 | 265 | 111.00C | 294.15 |
| 412 | 1 | RED HFR | 9601 | NONE000870 | 290 | 290 | 115.00C | 333.50 |

I attest that all livestock referenced by this document and transferred are of the specified origin.

Signature: _____

Averages:   Head   Avg-wt   Avg-$-cwt   Avg-$-hd  
Heifers       9      288       113.55      326.78

Tot-head: 10  Avg-wt: 291  Tot-lb: 2905  Avg-cost: 113.60

WE WILL BE CLOSED THE WEEK OF JUNE 28TH-NO SALE THE 29TH

Average Net: 113.60

'*' indicates manually entered weight

**THANK YOU!**

| TOTAL EXPENSES | $.00 |
| TOTAL AMOUNT DUE | $3,300.15 |

WE DO NOT GUARANTEE STOCK AGAINST SICKNESS OR DEATH. WE ACT AS

49

**Buyer invoice**

# Mid State Stockyards, LLP
P. O. Box 210
Letohatchee, AL 36047-9998
Phone: 334-227-8000
www.midstatestockyards.com

Date: Jun 15, 2010

Purchaser: GNY WELLS LIVESTOCK
P O BOX 54
WILMER, AR

INVOICE NO. 076003 (BM235X)

| Pen# | Head | Desc | | Tag# | Ticket | Avg | Wt/lbs | Price | Amount |
|------|------|------|------|------|-----------|-----|-----|---------|--------|
| 403 | 1 | BLCK | HFR | 8853 | NONE000147 | 385 | 385 | 111.00C | 427.35 |
| 403 | 1 | RED | HFR | 8893 | NONE000387 | 395 | 395 | 105.00C | 414.75 |
| 403 | 1 | BWF | HFR | 9057 | NONE000488 | 390 | 390 | 113.00C | 440.70 |
| 403 | 1 | BLK | HFR | 9297 | NONE000705 | 335 | 335 | 110.00C | 368.50 |
| | | | | | | | | HAVE 7 | WAY BLK |
| 403 | 1 | SPOT | HFR | 9482 | NONE000812 | 375 | 375 | 94.00C | 352.50 |

I attest that all livestock referenced by this document and transferred are of the specified origin.

Signature: _____

| Averages: | Head | Avg-wt | Avg-$-cwt | Avg-$-hd |
|-----------|------|--------|-----------|----------|
| Heifers | 5 | 376 | 106.59 | 400.76 |

Tot-head: 5  Avg-wt: 376  Tot-lb: 1880  Avg-cost: 106.59

WE WILL BE CLOSED THE WEEK OF JUNE 28TH-NO SALE THE 29TH

Average Net: 106.59

'*' indicates manually entered weight

**THANK YOU!**

WE DO NOT GUARANTEE STOCK AGAINST SICKNESS OR DEATH. WE ACT AS

| TOTAL EXPENSES | $.00 |
| TOTAL AMOUNT DUE | $2,003.80 |

# Mid State Stockyards, LLP

P. O. Box 210
Letohatchee, AL 36047-9998
Phone: 334-227-8000
www.midstatestockyards.com

Buyer Invoice

Date: Jun 15, 2010

Purchaser: TONY WELLS LIVESTOCK
P O BOX 54
WILMER, AR

INVOICE NO. 076004 (BM241X)

| Pen# | Head | Desc | | Tag# | Ticket | Avg Wt/lbs | | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 412 | 1 | BLCK | HFR | 8648 | NONE000016 | 410 | 410 | 107.00C | 438.70 |
| 412 | 1 | BWF | HFR | 8747 | NONE000062 | 415 | 415 | 107.00C | 444.05 |
| 412 | 1 | RWF | HFR | 8796 | NONE000104 | 450 | 450 | 98.00C | 441.00 |
| 412 | 1 | BLCK | HFR | 8840 | NONE000121 | 400 | 400 | 104.00C | 416.00 |
| 412 | 1 | CHAR | HFR | 8950 | NONE000246 | 470 | 470 | 104.00C | 488.80 |
| 412 | 1 | BLK | HFR | 8979 | NONE | 440* | 440 | 100.00C | 440.00 |
| 412 | 1 | RMF | HFR | 9014 | NONE000483 | 460 | 460 | 103.00C | 473.80 |
| 412 | 1 | RWFX | STR | 9034 | NONE000484 | 460 | 460 | 100.00C | 460.00 |
| 412 | 1 | BLK | HFR | 9110 | NONE000380 | 450 | 450 | 107.00C | 481.50 |
| 412 | 1 | RWF | HFR | 9121 | NONE000359 | 455 | 455 | 104.00C | 473.20 |
| 412 | 1 | BLK | HFR | 9131 | NONE000408 | 440 | 440 | 108.00C | 475.20 |
| 412 | 1 | BLK | CALF | 9132 | NONE000396 | 425 | 425 | 107.00C | 454.75 |
| 412 | 1 | CHAR | HFR | 9436 | NONE000769 | 400 | 400 | 112.00C | 448.00 |
| 412 | 1 | BLK | HFR | 9480 | NONE000813 | 395 | 395 | 100.00C | 395.00 |

I attest that all livestock referenced by this document and transferred are of the specified origin.

Signature: _____

| Averages: | Head | Avg-wt | Avg-$-cwt | Avg-$-hd |
|---|---|---|---|---|
| Steers | 1 | 460 | 100.00 | 460.00 |

Continued***

TOTAL EXPENSES

TOTAL AMOUNT DUE

**THANK YOU!**

WE DO NOT GUARANTEE STOCK AGAINST SICKNESS OR DEATH. WE ACT AS

# Buyer Invoice
# Mid State Stockyards, LLP

P. O. Box 210
Letohatchee, AL 36047-9998
Phone: 334-227-8000
www.midstatestockyards.com

**Date:** Jun 15, 2010

**Purchaser:** BNY WELLS LIVESTOCK
P O BOX 54
WILMER, AR

**INVOICE NO.** 076004 (BM241X)

| Pen# | Head | Desc | Tag# | Ticket | Avg Wt/lbs | Price | Amount |
|---|---|---|---|---|---|---|---|
| | | Balance forward from page 1 ................................ | | | | | $6,330.00 |
| | | Averages: | | Head | Avg-wt | Avg-$-cwt | Avg-$-hd |
| | | Heifers | | 12 | 432 | 104.44 | 451.27 |

Tot-head: 14  Avg-wt: 434  Tot-lb: 6070  Avg-cost: 104.28

WE WILL BE CLOSED THE WEEK OF JUNE 28TH-NO SALE THE 29TH

Average Net: 104.28

'*' indicates manually entered weight

**TOTAL EXPENSES** $.00

**THANK YOU!**

**TOTAL AMOUNT DUE** $6,330.00

WE DO NOT GUARANTEE STOCK AGAINST SICKNESS OR DEATH. WE ACT AS

Buyer Invoice

# Mid State Stockyards, LLP

P. O. Box 210  
Letohatchee, AL 36047-9998  
Phone: 334-227-8000  
www.midstatestockyards.com

**Date** Jun 15, 2010

**Purchaser:** TONY WELLS LIVESTOCK  
P O BOX 54  
WILMER, AR

**INVOICE NO.** 076006 (BM-101)

| Pen# | Head | Desc | Tag# | Ticket | Avg | Wt/lbs | Price | Amount |
|------|------|------|------|--------|-----|--------|-------|--------|
| 403 | 1 | CHAR HFR | 8775 | NONE000076 | 215 | 215 | 110.00C | 236.50 |
| 403 | 1 | BLK HFR | 9147 | NONE000319 | 185 | 185 | 111.00C | 205.35 |

I attest that all livestock referenced by this document and transferred are of the specified origin.

Signature: _____

Payable expenses.........  
MIKE GENTRY                           3.00    .75cwt

```
              Averages:   Head   Avg-wt   Avg-$-cwt   Avg-$-hd
              Heifers      2      200      110.46      220.93
```

Tot-head:  2  Avg-wt:  200  Tot-lb:  400  Avg-cost:  110.46

WE WILL BE CLOSED THE WEEK OF JUNE 28TH-NO SALE THE 29TH  
BUYERS COMM.     3.00

Average Net: 111.21

'*' indicates manually entered weight

**THANK YOU!**

| TOTAL EXPENSES | $3.00 |
|---|---|
| TOTAL AMOUNT DUE | $444.85 |

WE DO NOT GUARANTEE STOCK AGAINST SICKNESS OR DEATH. WE ACT AS

# Buyer Invoice
# Mid State Stockyards, LLP
P. O. Box 210
Letohatchee, AL 36047-9998
Phone: 334-227-8000
www.midstatestockyards.com

Date: Jun 15, 2010

Purchaser: WELLS LIVESTOCK
P O BOX 54
WILMER, AR

INVOICE NO. 076048 (BM-253)

| Pen# | Head | Desc | Tag# | Ticket | Avg-Wt/lbs | | Price | Amount |
|------|------|------|------|--------|------------|---|-------|--------|
| 412 | 1 | RED STR | 9582 | NONE000061 | 580 | 580 | 99.00C | 574.20 |
| 412 | 1 | RED STR | 9584 | NONE000855 | 580 | 580 | 96.00C | 556.80 |

I attest that all livestock referenced by this document and transferred are of the specified origin.

Signature: _____

Payable expenses..........
MIKE GENTRY                              8.70   .75cwt

Averages:   Head   Avg-wt   Avg-$-cwt   Avg-$-hd
Steers       2      580       97.50      565.50

Tot-head:  2  Avg-wt:  580  Tot-lb:  1160  Avg-cost:  97.50

WE WILL BE CLOSED THE WEEK OF JUNE 28TH-NO SALE THE 29TH
BUYERS COMM.    8.70

Average Net:  96.25

| | |
|---|---|
| TOTAL EXPENSES | $8.70 **CHARGED** |
| TOTAL AMOUNT | $1,139.70 |

'*' indicates manually entered weight

**THANK YOU!**
54

# Mid State Stockyards, LLP

Buyer Invoice

P. O. Box 210
Letohatchee, AL 36047-9998
Phone: 334-227-8000
www.midstatestockyards.com

Date: Jun 15, 2010

Purchaser: GNY WELLS LIVESTOCK
P O BOX 54
WILMER, AR

INVOICE NO. 076005 (WELLSR)

| Pen# | Head | Desc | Tag# | Ticket | Avg Wt/lbs | Price | Amount |
|------|------|------|------|--------|------------|-------|--------|

I attest that all livestock referenced by this document and transferred are of the specified origin.

Signature: _____

Payable expenses..........
MIKE GENTRY                          178.31

Tot-head:       Avg-wt:        Tot-lb:        Avg-cost:

WE WILL BE CLOSED THE WEEK OF JUNE 28TH-NO SALE THE 29TH
HAY              55.00    BUYERS COMM.     178.31

Average Net:

(*) indicates manually entered weight

**THANK YOU!**

| TOTAL EXPENSES | $233.31 |
| TOTAL AMOUNT DUE | $233.3 |

55