IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

V.                                                    CIVIL ACTION NO.: 1:12-CV-215-SA-DAS

BILLY MIKE GENTRY                                                            DEFENDANT

JUDGMENT

Pursuant to a bench ruling issued this day, Billy Mike Gentry is ordered to obtain $80,000 in bond coverage within 10 days, or he shall be subject to the injunctive relief requested by the Government, as prescribed by 7 USC § 216.

SO ORDERED, on this the 13th day of September, 2016.

                                                            /s/ Sharion Aycock
                                                    UNITED STATES DISTRICT JUDGE